IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| William Fuller,<br><br>       Plaintiff,<br><br>   v.<br><br>Abbott Laboratories; United States Food and Drug Administration<br><br>       Defendants. | Case No. 1:25-cv-12714<br><br>Judge:     Hon. Mary M. Rowland |
| William Ferguson,<br><br>       Plaintiff,<br><br>   v.<br><br>Abbott Laboratories; United States Food and Drug Administration,<br><br>       Defendants. | Case No. 1:25-cv-13341<br><br>Judge:     Hon. Mary M. Rowland |
| Zella Tuttle,<br><br>       Plaintiff,<br><br>   v.<br><br>Abbott Laboratories,<br><br>       Defendant. | Case No. 1:25-cv-15083<br><br>Judge:     Hon. Mary M. Rowland |
| Judith Reuss,<br><br>       Plaintiff,<br><br>   v.<br><br>Abbott Laboratories; United States Food and Drug Administration,<br><br>       Defendants. | Case No. 1:26-cv-01905<br><br>Judge:     Hon. Mary M. Rowland |

| | |
|---|---|
| Brandie Melby, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-02857 |
| Abbott Laboratories; United States Food and Drug Administration, | Judge: Hon. Mary M. Rowland |
| Defendants. | |
| Stephanie Stookey, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-04172 |
| Abbott Laboratories; United States Food and Drug Administration, | Judge: Hon. Mary M. Rowland |
| Defendants. | |

**SCHEDULING ORDER**

2

Before the Court is a Joint Status Report filed by Plaintiffs William Fuller, William Ferguson, Zella Tuttle, Judith Reuss, Brandie Melby, and Stephanie Stookey (collectively, "Plaintiffs") and Defendants Abbott Laboratories and United States Food and Drug Administration (the "FDA") (collectively, the "Parties") concerning Abbott's motions to intervene and the briefing schedule for Defendants' motions to dismiss. After reviewing and considering the Parties' Joint Status Report, the Court hereby ORDERS:

1. Defendants' motions to dismiss shall proceed according to the following briefing schedule:

   - **May 8, 2026:** Deadline for Abbott's Motions to Dismiss Plaintiffs' non-Administrative Procedure Act claims in *Fuller*, *Ferguson*, *Tuttle*, *Reuss*, and *Melby*, and the FDA's Motions to Dismiss in *Fuller* and *Ferguson*.

   - **May 29, 2026:** Deadline for FDA's Motion to Dismiss in *Melby* and for Abbott's Motions to Dismiss or Other Responses to Plaintiffs' Administrative Procedure Act claims against the FDA in *Fuller* and *Ferguson*.

   - **June 12, 2026:** Deadline for Abbott's Motion to Dismiss or Other Response to Plaintiffs' Administrative Procedure Act claim against the FDA in *Melby*.

   - **June 26, 2026:** Deadline for Plaintiffs' Oppositions to any and all Motions to Dismiss filed by Defendants in *Fuller*, *Ferguson*, *Tuttle*, *Reuss*, and *Melby*.

   - **July 24, 2026:** Deadline for the FDA's Replies in support of their Motions to Dismiss in *Fuller*, *Ferguson*, and *Melby*.

- **July 31, 2026:** Deadline for Abbott's Replies in support of their Motions to Dismiss in *Fuller*, *Ferguson*, *Tuttle*, *Reuss*, and *Melby*.[1]

2. The Court vacates Defendants' May 8, 2026 deadline to respond to Plaintiff's complaint in *Stookey v. Abbott*, 1:26-cv-04172. After Plaintiff serves Abbott and the FDA, the Parties must meet and confer regarding a new response deadline and associated briefing schedule and jointly report to the Court within 10 days of the later of service on Abbott and the FDA.

3. The Court vacates the FDA's May 8, 2026 deadline to respond to Plaintiff's complaint in *Reuss v. Abbott*, 1:26-cv-01905. After Plaintiff serves the FDA, the Parties must meet and confer regarding new deadlines for the FDA's Motion to Dismiss and Abbott's Motion to Dismiss or Other Response to Plaintiff's Administrative Procedure Act claim and associated briefing schedule and jointly report to the Court within 10 days of the later of service on Abbott and the FDA.

4. The Court extends the Parties' deadline to file a Joint Initial Status Report in *Fuller*, *Ferguson*, *Tuttle*, *Reuss*, and *Melby* from May 11, 2026, to June 25, 2026.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Mary M. Rowland
United States District Court Judge

---

[1] This does not include Abbott's Reply in support of its Motion to Dismiss or Other Response to Plaintiff's Administrative Procedure Act claim against the FDA in *Reuss*. The Parties must agree on and request Court approval of that deadline after the FDA is served.